FREEDMAN & TAITELMAN, LLP
BRYAN J. FREEDMAN (SBN 151990)
e-mail: bfreedman@ftllp.com
JOSHUA G. BLUM (SBN 249082)
e-mail: jblum@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

Attorneys for Defendants
Robert Casterline and Danielle Procaccio

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY COLLINS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CASTERLINE, an individual; DANIELLE PROCACCIO, an individual; JEFFREY PYROS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 09-01418 AHM-PLAx<br>[ORDER ON]<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action against

1

STIPULATION OF DISMISSAL

1  defendants Danielle Procaccio and Robert Casterline, to be, and hereby is
2  dismissed, with prejudice, pursuant to FRCP 41(a)(1).
3
4
5  _____     December 24, 2009
6  Plaintiff Ashley Collins
7
8  Law Offices of Jonathan M. Levitan
9
10
11                                  December 24, 2009
12  Jonathan M. Levitan, Esq.
13  Attorney for Plaintiff Ashley Collins
14
15
16  _____     December ___, 2009
17  Defendant Robert Casterline
18
19  _____     December ___, 2009
20  Defendant Danielle Procaccio
21  FREEDMAN & TAITELMAN, LLP
22
23
24  By: _____  December ___, 2009
25     Joshua G. Blum, Esq.
26     Attorneys for Defendants
27     Robert Casterline and
       Danielle Procaccio
28

2

STIPULATION OF DISMISSAL

defendants Danielle Procaccio and Robert Casterline, to be, and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1).

_____     December ___, 2009
Plaintiff Ashley Collins

Law Offices of Jonathan M. Levitan

_____     December ___, 2009
Jonathan M. Levitan, Esq.
Attorney for Plaintiff Ashley Collins

_[signature]_     December 23, 2009
Defendant Robert Casterline

_[signature]_     December 23, 2009
Defendant Danielle Procaccio

FREEDMAN & TAITELMAN, LLP

By: _[signature]_     December 24, 2009
Joshua G. Blum, Esq.
Attorneys for Defendants
Robert Casterline and
Danielle Procaccio

2

STIPULATION OF DISMISSAL

_[signature]_                               December 23, 2009
Defendant Jeffrey Pyros

DOLL AMIR & ELEY, LLP

By: _[signature]_                           December 24, 2009
Michael M. Amir, Esq.
Attorneys for Defendant Jeffrey Pyros

---

3

STIPULATION OF DISMISSAL